UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVARIUS TAE SHAWN JONES,

    Defendant.

INDICTMENT

The Grand Jury charges:

### FELON IN POSSESSION OF A FIREARM

Between on or about March 14, 2025 and April 10, 2025, in Berrien County, in the Southern Division of the Western District of Michigan,

DAVARIUS TAE SHAWN JONES,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a Derya Arms DY9 9mm caliber semi-automatic pistol, and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

_____
DOAA K. AL-HOWAISHY
Assistant United States Attorney